

BRILL LEGAL GROUP, P.C.      Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

April 29, 2020

**Via ECF**
Hon. John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Brandon Lopez*
      20 Cr. 230

Dear Judge Keenan:

I represent Brandon Lopez. I write to the Court for two reasons: 1) to consent to the exclusion of time while this matter has been adjourned during the COVID-19 pandemic, and 2) to request a brief enlargement of Mr. Lopez's bail conditions, as outlined below.

Initially, Mr. Lopez and I have discussed the matter and he agrees to the exclusion of time from April 15, 2020 to the current adjourned conference date of June 23, 2020.

In addition, Mr. Lopez is moving into a new residence that has been approved by Pre-Trial Services. I apologized for the short notice, but we are requesting that he be allowed to travel from his current residence to a storage facility at 1425 Bruckner Boulevard in the Bronx with his belongings on April 30, 2020, and from the storage facility to his new residence at 2885 Briggs Avenue in the Bronx on May 1, 2020. Mr. Lopez will inform Pre-Trial Services Officer Joshua Rothman of his whereabouts at all times during the move.

I have spoken to AUSA Jacob Warren and he does not object.

Thank you for your consideration.

**MEMO ENDORSED**

```
The Government having no objection, Defendant's request is GRANTED.  Mr.
Lopez is to keep Pretrial Services informed of his whereabouts at all
times during the move.

SO ORDERED.

Dated:  New York, New York                    John F. Keenan
        April 30, 2020                United States District Judge
```