**BRILL LEGAL GROUP, P.C.**    Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

May 18, 2020

<u>Via ECF</u>
Hon. John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



      Re:    *United States v. Brandon Lopez*
              **20 Cr. 230**

Dear Judge Keenan:

    I represent Brandon Lopez. I write to the Court to request a brief enlargement of Mr. Lopez's bail conditions, as outlined below.

    The Court recently allowed Mr. Lopez to move into a new residence. During the move, Mr. Lopez misplaced his EBT benefit card, which he needs for food stamps. He must travel to Brooklyn to get a replacement, which will take a few hours, including travel time. Mr. Lopez will coordinate with and inform Pre-Trial Services Officer Joshua Rothman of his whereabouts at all times during the move.

    I have spoken to both Mr. Rothman and AUSA Jacob Warren and they do not object.

Thank you for your consideration.

                                         Respectfully submitted,

                                         Peter E. Brill

```
The Government and Pretrial Services having no objection, Defendant's
request is GRANTED.  Mr. Lopez is to coordinate with and inform Pretrial
Services of his whereabouts at all times during the move.

SO ORDERED.

Dated:  New York, New York
        May 18, 2020
                                        _____
                                              John F. Keenan
                                        United States District Judge
```