UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
        U.S.A.

        -V-

    Brandon Lopez

-------------------------------------X

#20 CR 230 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-20

The conference has been adjourned from July 30 to August 20, 2020 at 11:00 a.m. in Courtroom 20-C. The time between July 30 and August 20, 2020 is excluded.

SO ORDERED.

Dated: New York, New York

7-31-20

                        JOHN F. KEENAN
               United States District Judge