```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-17-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-

       Brandon Lopez

------------------------------X

#20 CR 230 (JFK)

The conference has been adjourned from August 20, 2020 to September 9, 2020 at 3:00 pm. The time between August 20, 2020 and September 9, 2020 is excluded.

SO ORDERED.

Dated: New York, New York
       8-17-20

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge