```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,        :
                                 :
         -against-               :    No. 20 Cr. 230 (JFK)
                                 :
BRANDON LOPEZ,                   :         ORDER
                                 :
              Defendant.         :
-------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

   Defendant Brandon Lopez seeks to proceed with a change of plea proceeding via video conference or telephone conference instead of a personal appearance in court.  In view of the ongoing pandemic, video conferencing or telephone conferencing have been employed by judges in the Southern District of New York on numerous occasions.  The Court finds that any further delay in this proceeding would result in serious harm to the interests of justice.  Proceeding by video conference or telephone conference with a change of plea advances Mr. Lopez's case and furthers justice without undue delay.  See Coronavirus Aid, Relief, and Economic Security ("CARES") Act § 15002 (b)(2).

   During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via video conference or telephone conference as previously stated by his counsel.

**SO ORDERED.**

Dated:  New York, New York
        September 1, 2020

                                          _____
                                               John F. Keenan
                                          United States District Judge