UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

          U.S.A.

          -V-             :

      Brandon Lopez       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                         #20  CR 230  (JFK)

The conference in this case, previously set for Wednesday, September 9, 2020,

is hereby cancelled

SO ORDERED.

Dated:  New York, New York

9-1-20

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9-1-20