UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        U.S.A.

                     :          #20 CR 230 (JFK)

       -V-              :

    Brandon Lopez        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The sentence is adjourned from December 2, 2020 to January 12, 2021 at

11:30 a.m. in Courtroom 20-C

                SO ORDERED.

Dated:  New York, New York

    12-9-20      _John F. Keenan_
                     JOHN F. KEENAN
            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-20