USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA     :

    -against-           :

BRANDON LOPEZ,          :

               Defendant.  :
------------------------------------X

No. 20 Cr. 230 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

    The Court is in receipt of Defendant Brandon Lopez's ("Lopez") letter motion requesting an amendment to his sentence. (ECF Nos. 32, 33.)  The Government is directed to file a response to Lopez's letter motion by no later than June 7, 2022. The Court will rule on Lopez's request after it receives the Government's response.

**SO ORDERED.**

Dated:  New York, New York
       May 24, 2022

                                 John F. Keenan
                                 John F. Keenan
                   United States District Judge