```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA               :
                                       :
     -against-                         :   No. 20 Cr. 230 (JFK)
                                       :
                                       :         ORDER
BRANDON LOPEZ,                         :
                                       :
                          Defendant.   :
---------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/8/2022**

**JOHN F. KEENAN, United States District Judge:**

The Court is in receipt of the Government's letter (ECF No. 35) opposing Defendant Brandon Lopez's ("Lopez") request for an amendment to his sentence (ECF Nos. 32, 33). Lopez has until June 20, 2022, to file a reply, if any, to the Government's response. Absent further order, Lopez's motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated:  New York, New York
        June 8, 2022

*/s/ John F. Keenan*
John F. Keenan
United States District Judge